# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **16 M 0674**

2) Defendant's Name: Johnson Mark
   (Last)      (First)      (M.I.)

3) Age:_____

4) Title:_____  Section(s):_____

5) Citizen of:_____  Needs:_____ Interpreter

6) Arrest Warrant Issued:_____  Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:_____Yes ____No  Other District:_____

8) Name of Interpreter used today:_____  Language:_____

9) Arraignment on complaint held:____✓____Yes ____No   Date/Time: 7/20/16

10) Detention Hearing Held:____ Bail set at: $1000,000.00  ROR Entered:____ POD Entered:_____

11) Temporary Order of Detention Entered:____  Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived: X

    (b) Removal Hearing set for:_____; or waived: (

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY  Winston Paes

14) DEFENSE COUNSEL'S NAME:  Frank Wohl / Karen Roller
    Address:_____
    Bar Code:_____  CJA:_____  FDNY:____  RET: ✓
    Telephone Number:(   )_____

15) LOG #:____ (3:33 - 3:50   )  MAG. JUDGE : Lois Bloom

16) ✓ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    2 Additional surety (ies) to co-sign bond by 9/22/2016

Other Comments/Rulings: $300,000.00 Cash to be placed in the Courts
Registry

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE