UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

Mark Johnson
------------------------------------------------X

ORDER
FOR ACCEPTANCE OF CASH BAIL

Docket No. 16-674m

Bail having been fixed by Hon. **Bloom**, in the above entitled action in the amount of $ 1,000,000.00 of which sum $350,000.00 in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ 350,000.00 when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated: Brooklyn, New York
7/20/16

_____
**UNITED STATES MAGISTRATE JUDGE**

**Receipt No.** _____
**Money Deposited By:** _____
**address & Telephone** _____
_____
_____
_____