## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Cheryl Pollak          DATE:   08/29/2016

DOCKET NUMBER:   16-CR-457(NGG)      LOG #: 11:17 – 11:25

DEFENDANT'S NAME:   Mark Johnson
             X  Present    ___ Not Present      ___ Custody   X  Bail

DEFENSE COUNSEL:      Frank Harold Wohl
             ___ Federal Defender    ___ CJA    X  Retained

A.U.S.A:   Jacquelyn M. Kasulis          DEPUTY CLERK:   M. Sica

INTERPRETER: _____ (Language) _____

___ Hearing held.   ___ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___ Start___ Stop___

 X  Order of Speedy Trial entered.   Code Type XT  Start 8/29/16  Stop 9/14/16.

___ Defendant's first appearance.    X  Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

 X  Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

 X  Status conference set for 9/14/16 @ 2:30 before Judge Garaufis.

OTHERS: Defense + Gov't Consent to bond Modification