

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

F. #2016R01012

*271 Cadman Plaza East
Brooklyn, New York 11201*

October 21, 2016

<u>By Hand Delivery and ECF</u>

Honorable Nicholas G. Garaufis
United States Courthouse
Room 1416 S
225 Cadman Plaza East
Brooklyn, NY  11201

   Re: <u>United States v. Mark Johnson, et al.,
     Criminal Docket No. 16-457 (NGG)</u>

Dear Judge Garaufis:

   As discussed during the September 14, 2016 conference in the above-referenced case, we write to provide the Court with an update concerning defendant Stuart Scott.  Mr. Scott is a citizen of the United Kingdom, who currently resides in Hertfordshire, England.  Mr. Scott has not appeared in this case.  He is, however, represented in the United States by Crowell & Moring LLP (Richard L. Beizer), and we have discussed this matter with Mr. Beizer.

   Based upon our discussions with Mr. Beizer, we understand that Mr. Scott does not wish to waive formal extradition proceedings at this juncture.  Counsel for Mr. Scott has advised the government:  "That is because Mr. Scott's counsel in the [United Kingdom] need to review the government's extradition request and supporting documents before they can properly advise him regarding that request."  Accordingly, the government will initiate formal proceedings with regard to extradition.  To that end, we have commenced this process and are coordinating with the Office of International Affairs within the Department of Justice to prepare the extradition package for submission (through the State Department) to the United Kingdom.

Hon. Nicholas G. Garaufis                                                                October 21, 2016

      We would be happy to provide any additional information and address any questions that the Court may have either during the upcoming status conference on October 26, 2016, or at any point prior to that conference.

                Respectfully submitted,

                ROBERT L. CAPERS
                United States Attorney

By:   /s/ Melissa Aoyagi
        Melissa Aoyagi, Trial Attorney
        Carol Sipperly, Senior Litigation Counsel
        Criminal Division, Fraud Section
        U.S. Department of Justice

        Julia Nestor
        Assistant U.S. Attorney
        Eastern District of New York

cc:     All counsel (via ECF)
        Richard L. Beizer, Esq. (via electronic mail)