**DOCKET NUMBER: CR 16-0457 (NGG)**

### CRIMINAL CAUSE FOR STATUS CONFERENCE

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

**BEFORE JUDGE:** <u>GARAUFIS</u>  **DATE: DECEMBER 5, 2016**  **TIME IN COURT** __ **HRS**  30  **MINS**
@ 10:30 AM.

**1. DEFENDANT: MARK JOHNSON**

Present X   Not Present     Custody     Not Custody  X

   **DEFENSE COUNSEL:** FRANK WOHL / RAMYA KASTURI
  **FEDERAL DEFENDER:**     **CJA:**          **RETAINED: X**

**2. DEFENDANT:**
Present   Not Present     Custody     Not Custody

**DEFENSE COUNSEL:**
  **FEDERAL DEFENDER:**     **CJA:**     **RETAINED:**

**3. DEFENDANT:**
**Present   Not Present   Custody     Not Custody**

**DEFENSE COUNSEL:**
  **FEDERAL DEFENDER:   CJA:     RETAINED:**

**A.U.S.A.:** JULIA NESTOR

**COURT REPORTER:  HOLLY DRISCOLL**
**INTERPRETER:    LANGUAGE:**

| | | |
|---|---|---|
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ Revocation of Probation contested |
| ☐ | Arraignment | ☐ Sentencing on a violation |
| ☐ | Bail Application | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| X | Status Conference | ☐ Sentencing |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction |
| ☐ | Curcio Hearing | ☐ Oral Argument |
| ☐ | Voir Dire Held      ☐     Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty  ☐   Sentence enhancement Phase    ☐ | Bench Trial Begun |

**Speedy Trial Start :**      **Speedy Trial Stop:   CODE TYPE: XT**
**Do these minutes contain ruling(s) on motion(s)?     YES                         NO    X**

STATUS CONFERENCE HELD;  THE DEFENDANT PERSONALLY APPEARED AND IS SWORN BEFORE THE COURT THAT THE STATEMENTS IN THE AFFIDAVIT OF WAIVER OF EXTRADITION ARE TRUE.