UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | 16-CR-457 (NGG) |
| -against- | **ORAL ARGUMENT REQUESTED** |
| MARK JOHNSON and STUART SCOTT, | |
| Defendants. | |

---

### NOTICE OF DEFENDANT MARK A. JOHNSON'S MOTION TO PRECLUDE IRRELEVANT AND UNDULY PREJUDICIAL EXPERT TESTIMONY ABOUT "MANIPULATION" AT TRIAL

PLEASE TAKE NOTICE that the undersigned, on behalf of Defendant Mark A. Johnson, moves this Court before the Honorable Nicholas G. Garaufis, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, at a time and date to be set by the Court, to preclude irrelevant and unduly prejudicial expert testimony about "manipulation" at trial.

The grounds for this motion are more fully set forth in the accompanying Memorandum of Law and Declaration of Frank H. Wohl, dated Aug. 31, 2017.

Executed on Aug. 31, 2017

LANKLER SIFFERT & WOHL, LLP

By _____
Frank H. Wohl
500 Fifth Avenue, 34th Floor
New York, NY 10110-3398
(212) 921-8399

*Attorneys for Mark Johnson*