

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 6, 2017

<u>VIA ECF</u>

Honorable Nicholas G. Garaufis
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    United States v. Mark Johnson, <u>et al.</u>
               <u>Criminal Docket No. 16-457 (NGG)</u>

Dear Judge Garaufis:

      The parties submit this joint letter to advise the Court of the identities of individuals who will be referenced during the trial. The individuals who are likely to be identified during the trial are:

<u>HSBC, United Kingdom</u> (Current or Former Employees)

- Richard Anthony
- Hamza Azeem
- Doug Baikie
- John Biggs
- Kyle Boag
- Frederic Boillereau
- Frank Cahill
- Paul Clark
- Gareth Cook
- Vincent Craignou
- Marwan Dagher

Hon. Nicholas Garaufis                                                September 6, 2017

- Nicholas Francis
- Angus Greig
- Shahrear Haque
- Mark Johnson
- Nick Jones
- Dipak Khot
- Spencer Lake
- Gareth Lloyd-Williams
- Rory O'Brien
- Michael Rowse
- Serge Sarramegna
- Russell Schofield-Bezer
- Stuart Scott
- Darren Smith
- Craig Wilson

HSBC, New York (Current or Former Employees)

- Michael Maier
- Jacques Mehani
- Paul Mischenko
- Dan Silber
- John Tammaro

HSBC, Hong Kong (Current or Former Employee)

- Ed Carmichael

Barclays, United Kingdom (Current or Former Employee)

- Christopher Ashton

Cairn Energy, Edinburgh, United Kingdom (Current or Former Employees)

- Jann Brown
- Duncan Holland
- Robert Scriven

Rothschild & Co., London, United Kingdom (Current or Former Employees)

- Francois Jarrosson
- Miranda Staveley

Government and Defense Experts

Hon. Nicholas Garaufis                                         September 6, 2017

- Hugh Clark
- David DeRosa
- James Overdahl
- Kevin Rodgers
- Ross Waller

U.S. Government (Current or Former Employees)

- Melissa Aoyagi
- Daniel Braun
- Gregory Coats
- Kevin Koller
- Niem Nguyen (pronounced "nee-em when")
- Gary Sherrill

J.P. Morgan Chase (Current or Former Employees)

- William Furey
- Roger Klion
- Brian Lafaman

Other Residents of the United Kingdom

- Steve Benson
- Neil Gear
- Gavin Wakefield

Additionally, the following attorneys and staff will be participating in the trial:

Department of Justice

- Clare Donohue
- Lauren Elbert
- Blake Goebel
- Carol Sipperly
- Meredith Ulle
- Brian Young

Lankler Siffert & Wohl

- Frank Wohl
- John R. (Rusty) Wing
- Derek Chan
- Jeannie Rose (Rosie) Rubin

- Patrick Garlinger
- Ramya Kasturi
- Catherine Steubing
- Emily Selch

Dubin Research & Consulting

- Josh Dubin
- Andrew Klein

      Please do not hesitate to contact counsel of record for either party if you need additional information.

                                   Very truly yours,

                                   BRIDGET M. ROHDE
                                   United States Attorney

By:    /s/ Lauren Elbert
         Lauren Elbert
         Assistant U.S. Attorney
         Eastern District of New York

         /s/ Brian R. Young
         Carol Sipperly, Assistant Chief
         Brian Young, Assistant Chief
         Blake Goebel, Trial Attorney
         Criminal Division, Fraud Section
         U.S. Department of Justice

         Lankler Siffert & Wohl LLP

By:    _____
         Frank H. Wohl
         500 Fifth Avenue, 34th Floor
         New York, NY 10110-3398
         *Attorneys for Mark Johnson*