# LANKLER SIFFERT & WOHL LLP
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110-3398
WWW.LSWLAW.COM

TELEPHONE (212) 921-8399
TELEFAX   (212) 764-3701

September 20, 2017

**BY ECF**

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Mark Johnson*, No. 16-cr-00457 (E.D.N.Y.)

Dear Judge Garaufis:

    We represent the defendant, Mark Johnson, in the above-captioned case.

    We respectfully request an order granting defense counsel permission for a remote RealTime transcript feed, accessible by the defense attorneys and staff from our offices at 500 Fifth Avenue. The government consents to this request.

    If the Court grants the remote transcript feed, we also respectfully request that the Clerk of Court be directed to notify the court reporters of the Court's order.

                                             Respectfully yours,

                                             Frank H. Wohl

cc:    Brian Young, Esq. (by email and ECF)
        Carol Sipperly, Esq. (by email and ECF)
        Blake Goebel, Esq. (by email and ECF)
        Lauren Elbert, Esq. (by email and ECF)